IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANE MOSS, individually and as
Special Administrator of the Estate
of Harry M. Moss,                                              JUDGMENT IN A CIVIL CASE

    Plaintiff,                                                     Case No.  13-cv-42-bbc

  v.

TRANE U.S., INC.,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Trane U.S., Inc. granting summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 3/10/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |